EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Aprobación de Cambio de Estatus Inactivo de junio de 2024 | 2024 TSPR 76<br><br>214 DPR ___ |

Número del Caso:  EM-2024-0010

Fecha:  3 de julio de 2024

Materia: Aprobación de Cambio de Estatus Inactivo de Junio de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de junio de 2024

EM-2024-0010

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Feliberti Cintrón.

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de julio de 2024.

Durante el periodo de junio de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Elvira Martínez de Portela | 2,714 |
| Harry Anduze Montaño | 3,303 |
| Hilda Rodríguez Forteza | 3,421 |
| Herbert W. Brown III | 4,278 |
| Víctor G. Colón Hernández | 4,546 |
| Juan R. Acevedo Cruz | 5,062 |
| Agnes M. Pietri Figueroa | 5,368 |
| Eduardo J. Viñas Negrón | 5,519 |
| Rosa E. Rodríguez Vélez | 5,775 |
| Antonio Fiol Matta | 7,757 |
| Lucila M. Vázquez Iñigo | 8,872 |
| René Silva Cofresí | 9,313 |

Oscar M. González Rivera          10,680

Velma E. Díaz Carrasquillo        11,208

Sixto R. Aymerich Martín          12,144

Magali Zayas Castro               12,765

Griselle M. Hernández Espinosa    15,198

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


María I. Colón Falcón
Secretaria del Tribunal Supremo Interina